■ SALLY GROSS, Doing Business as GROSS INVESTMENTS, Also Known as GROSS REAL ESTATE, Appellant, v 770 JAMES STREET ASSOCIATION et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in the decision at Supreme Court, Mordue, J. (Appeal from judgment of Supreme Court, Onondaga County, Mordue, J.—real estate commissions.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ MARIA I. O'CONNOR, Respondent, v CHARLES R. WEST et al., Defendants. ROSWELL PARK MEMORIAL INSTITUTE, Appellant.—Order unanimously affirmed with costs. Memorandum: Special Term did not abuse its discretion in ordering a non-party to disclose patients' hospital records. Plaintiff established that the requested information is material and necessary to the resolution of plaintiff's defamation action (see, Perry v Fiumano, 61 AD2d 512, 516, 519). Moreover, the court reasonably conditioned disclosure by providing that the names of the patients would be kept confidential during any pretrial or trial proceeding (see, Bernstein v Lore, 59 AD2d 650). (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—discovery.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.